IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DENNIS R. PIETA,
    Plaintiff,

vs.                                     Case No.: 3:13cv322/MCR/EMT

USAA GROUP and
USAA INSURANCE AGENCY, INC. OF TEXAS,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 17, 2013 (doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' Motion and Memorandum in Support of Motion to Dismiss (doc. 4) is **GRANTED**.

3. This action is **DISMISSED**, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for Plaintiff's failure to state a claim upon which relief can be granted.

**DONE AND ORDERED** this 19th day of July, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**